**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**RHONDA FLEMING,**

   **Petitioner,**

**v.**        **Case No. 4:14cv300-MW/CAS**

**WARDEN OF FCI TALLAHASSEE,**

   **Respondent.**

_____/

**ORDER ACCEPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate's Report and Recommendation, ECF No. 50, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 51 .   Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion.  Nothing Petitioner attached to her objections refutes, or otherwise calls into question, the finding that she did not exhaust her administrative remedies regarding claims properly brought in a 2241 petition. Moreover, Petitioner's reliance on *McQuiggin* is misplaced.  The amended petition for writ of habeas corpus filed under 28 U.S.C. § 2241, ECF No. 24, is **DISMISSED** for lack of jurisdiction.  All pending motions, ECF Nos. 11, 12, 15,

1

21, 22, 25, 26, 29, 30, 31, 32, 34, 35, 38, 39, 41, 43, 47, and 49, are **DENIED as moot**.

      **SO ORDERED on March 24, 2015.**

**s/Mark E. Walker**      
**United States District Judge**
